UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

Securities and Exchange Commission,       )
                                          )
        Applicant,                )    Misc. No. 06-0074 (ESH)
                                          )
        -v.-                      )
                                          )
Dean J. Sheptycki,                        )
        Respondent.               )
                                          )

---

## CERTIFICATION OF SERVICE

I, Kevin Muhlendorf, counsel for Applicant Securities and Exchange Commission, caused the Court's February 21, 2006 Order to Show Cause, along with the Commission's Application and supporting papers, to be served on the following:

| By Facsimile and Federal Express on February 22, 2006 | By Facsimile and Federal Express on February 24, 2006 |
|---|---|
| Jeffery Tew, Esq.<br>Counsel for Respondent<br>Tew Cardenas, LLP<br>Four Season Tower, 15th Floor<br>1441 Brickell Avenue<br>Miami, Florida 33131-3407 | Dean J. Sheptycki<br>Respondent<br>411 Bontana Avenue<br>Fort Lauderdale, Fl 33301 |

Dated: March 7, 2006

Respectfully submitted,

/s/

Kevin B. Muhlendorf (DC Bar 469596)
Counsel for Applicant
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549-5631
202-551-4569
202-772-9235 (fax)