UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Securities and Exchange Commission,** ) <br> ) <br> Applicant, ) <br> ) <br> vs. ) <br> ) <br> **Dean J. Sheptycki,** ) <br> ) <br> Respondent. ) <br> ) | Misc. No. 06-0074 (ESH) |

## **(DRAFT) ORDER**

THIS MATTER having come before the Court on the Securities and Exchange Commission's Application for an Order to Show Cause and Order Requiring Obedience to Subpoena and the Respondent's Opposition in response thereto and Motion to Quash Subpoena, and having considered the pleadings in this case and the applicable law,

IT IS HEREBY ORDERED that the Securities and Exchange Commission's Application for an Order to Show Cause and Order Requiring Obedience to Subpoena is hereby DENIED;

IT IS FURTHER ORDERED that the Respondent's Motion to Quash Subpoena is GRANTED.

Done this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Stephen W. Grafman
William F. Boyer
SHARP & ASSOCIATES
1215 19th Street, N.W.
Washington, D.C. 20036

and

Jeffrey A. Tew
TEW CARDENAS, L.L.P.
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131
Tele.: (305) 536-1112
Fax: (305) 536-1116
*Counsel for Respondent*

Stephen L. Cohen
Assistant Chief Litigation Counsel
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549
*Counsel for Application*