## DECLARATION OF DEAN J. SHEPTYCKI

I, Dean J. Sheptycki, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am and have always been a citizen of Canada.

2. I had a TN Visa from July 1999 to July 23, 2005, which is a type of visa that permitted me, a Canadian citizen, to be temporarily admitted into the United States.

3. From approximately January 1, 2003, until October 1, 2005, I resided at 411 Bontana Avenue, Fort Lauderdale, Florida.

4. On July 23, 2005, I surrendered my TN Visa in Toronto, because I intended to move to the Bahamas. My Florida driver's license, therefore, also expired on that same day.

5. On August 24, 2005, I executed a lease with an option to purchase a property in the Bahamas.

6. October 1, 2005, I moved to the Bahamas and took possession of said property. My residence in the Bahamas is my "dwelling house" and "usual place of abode."

7. I was not living or physically present in Ft. Lauderdale, Florida, or anywhere else in the United States for that matter, on November 15, 2005.

8. On November 15, 2005, I was living and physically present at my residence in the Bahamas.

I declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 17, 2006, at The Commonwealth of the Bahamas.

Dean J. Sheptycki