UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Securities and Exchange Commission,
U. S. Securities and Exchange Commission
100 F. Street, N.E.
Washington, DC 20549

    Applicant,

- v. -

Dean J. Sheptycki
411 Bontana Avenue
Fort Lauderdale, Florida 33301

    Respondent.

Misc. No. 06-74

## DECLARATION OF JEFFREY TEW, ESQUIRE

Pursuant to 28 U.S.C. §1746, the undersigned, Jeffrey Tew, Esq., declares as follows:

1. I am Jeffrey Tew. I am an attorney at law and a partner in the law firm of Tew Cardenas, LLP, Miami, Florida and reside in Miami-Dade County, Florida.

2. I represent Dean J. Sheptycki, Coyote Investment Holdings, Ltd. and South Bay Capital Inc., with regard to an investigation being conducted by the Securities and Exchange Commission (the "SEC") captioned <u>In the Matter of ArTec Inc. and Certain Entities Organized by a Shell Creation Group.</u>

3. On or about January 19, 2006, I advised the SEC that there was no jurisdiction over Mr. Sheptycki and that the SEC was without power to compel production from him or his appearance at deposition.

4.  In response, attorneys from the SEC and the United States Attorney's Office offered Mr. Sheptycki a "queen for a day" letter if Mr. Sheptycki would permit them to informally interview him.

5.  Mr. Sheptycki refused the SEC and the U.S. Attorney's Office's offer.

I declare under penalty and perjury that the foregoing is true and correct.

_____
JEFFREY TEW, ESQUIRE

Dated: March 16, 2006