## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Securities and Exchange Commission,** ) | |
| ) | |
| Applicant, ) | |
| ) | |
| -v.- ) | Misc. No. 06-0074(ESH) |
| ) | |
| **Dean J. Sheptycki,** ) | |
| ) | |
| Respondent. ) | |
| ) | |

**EXHIBITS A-F TO SECOND DECLARATION OF KEVIN MUHLENDORF
IN SUPPORT OF APPLICATION OF THE SECURITIES AND EXCHANGE
COMMISSION FOR AN ORDER REQUIRING OBEDIENCE
TO A SUBPOENA ISSUED TO RESPONDENT**



A



Florida Power & Light Company, 6001 Village Blvd., West Palm Beach, FL 33407

# Facsimile Cover Sheet

Send
To: _____ KEVIN MUHLENDORT _____

Telephone
Number: _____

Company/Department: _US Securities & Exchange Commission_

Facsimile Phone
Number: _____ 202 _____ 772-9235 _____

From:  **MARIE  J.  VIDAL**

Company/Department: **SUBPOENAS / RESEARCH**

Telephone Number: 561-640-2661  (5:30AM - 1:30PM )

**DOCUMENT RECEIVED**

**MAR 2 1 2006**

Fax Number:     561-640-2198

**DIVISION OF ENFORCEMENT**

Date: _____ 3/21/06 _____

Total Pages(Including This Sheet) _____

Comments: _____

an FPL Group company



## U.S. SECURITIES AND EXCHANGE COMMISSION

"We are the investor's advocate."
William O. Douglas
SEC Chairman, 1937-1939

# DIVISION OF ENFORCEMENT

## FACSIMILE TRANSMISSION

Date: 03/21/2006    Time:

TO: Custodian of Records- Florida Power and Light

Telephone Number:             Facsimile Number: (305) 552-3865

FROM: Kevin Muhlendorf

Telephone Number: (202) 551-4569    Facsimile Number: (202) 772-9235

TOTAL NUMBER OF PAGES:

REMARKS:                URGENT

To whom it may concern, we need this information on an expedited basis for a filing in federal court in Washington, DC. Please contact me at 202-551-4569 when you have received the subpoena so that we can discuss production of the responsive materials. If at all possible, we would like to have the materials faxed to us by 3/23/06 at 202-772-9235. If you need to produce it in stages, please let me know.

If you did not receive a complete fax, please call the above number.
The main fax number for the Division of Enforcement is 202-942-9637.

RECEIVED MAR 21 2006

03/21/2006  11:20 FAX 202 942 9818    [EXAMPLE TEXT]

03-21-2006  10:40  From-FPL LAW DEPT    305-552-2065    T-728  P.008/019  F-233

03/21/2006
Subpoena Attachment
Page 3

B.    Production

Please provide the following documents for the time period September 1, 2005 to the present:

1. Information sufficient to identify the name and address of FPL's customer at the following address:

   a.    411 Bontona Avenue
         Fort Lauderdale, Florida 33301

2. Information sufficient to identify the address and billing location for any accounts currently held with FPL by Dean J. Sheptycki, SSN ████████ and date of birth ████████.

3. Bills from FPL to either of the accounts in 1 or 2 above for the months of September 2005 through the present.

```
GMPH   PREMISE/CUST HISTORY INQ    PREMISE/CUST HISTORY    03/21/06  11:16:33
59874-87500 71 04 048 ELE ACT   02/21/03 1/044/  5C24757
DEAN SHEPTYCKI                        PH (954)439-5244    S
411 BONTONA AVE                      S/T#                           POL  CCIN
FORT LAUDERDALE    FL 33301 P

                      CUSTOMER NAME       C.A.R.        HOW   ACCT DEP
  IN DATE    OUT DATE SSN/TAX ID          BALANCE   BILL ACCT LEFT STAT TYPE
  02/21/03            DEAN SHEPTYCKI               59874-87500 ON  ACT  WP
                                  S         156.20


  NEXT    TYPE A FIND                                          GWA
  BOTTOM OF LIST
                                                              NEWS
                                                              FACT
```

Page: 1 Document Name: untitled

```
BIHI        (BILLING HISTORY)                                03/21/06   11:16:37
59874-87500 71 04 048 ELE ACT    02/21/03 1/044/  5C24757
DEAN SHEPTYCKI                    PH (954)___-5244___S
411 BONTONA AVE                  S/T#_____              POL  CCIN
FORT LAUDERDALE   FL 33301 P
CC N (Y/N)  RQST BY                              PAGE    1 OF   2
S (SVC DT )RM(DYS T)S (BILL KWH)  KWD     (ELE AMT)   BB AMT  TOT BILL AMT
  03/08/06   3   29 A B   1251     0      155.82     0.00      456.20
  02/07/06   2   32 A B   2267     0      295.94     0.00      295.94
  01/06/06   1   34 A B   2296     0      299.93     0.00      299.93
  12/05/05  12   31 A B   2724     0      285.06     0.00    1,269.66
  11/02/05  11   29 E B   2806     0      293.68     0.00      970.05
  10/04/05  10   32 A B   5450     0      572.37     0.00      572.37
  09/02/05   9   29 A B   4408     0      464.54     0.00      855.32
  08/04/05   8   29 A B   4569     0      481.60     0.00      885.88
  07/06/05   7   30 A B   3850     0      405.49     0.00      898.31
  06/06/05   6   32 A B   3849     0      405.39     0.00      778.61
  05/05/05   5   29 A B   3068     0      322.71     0.00      836.07
  04/06/05   4   29 A B   2716     0      285.72     0.00      505.77
  03/08/05   3   32 A B   2342     0      246.11     0.00      699.40
NEXT       TYPE A FIND                                        GWA
TOP OF LIST
08-PAGE DOWN    13-MRDG HIST   16-BUS BRKDWN   17-HI BILL    18-READ/VERIFY NEWS
                                                                  FACT
```

```
GMBA    BILL ACCOUNT MAINTENANCE                          03/21/06  11:17:01
59874-87500 71 04 048 ELE ACT    02/21/03 1/044/  5C24757
DEAN SHEPTYCKI                        PH (954)439-5244    S
411 BONTONA AVE                          S/T#                          POL  CCIN
FORT LAUDERDALE  FL 33301 P
BILL ACCT OPEN DT  02/21/03 TRFR/PREV BILL ACCT OPEN DTE  02/21/03
TYPE    EFFECTIVE DT 03/21/06 ADDR ACTION   (A,C,D)
MAIL ADDRESS

        CITY              STATE    ZIP      F  BILL MESSAGE N
SEASONAL BEG            END
E-MAIL ACTION   (A,C,D)      INTERNET ACCESS? Y
E-MAIL ADDR DEAN@SOUTHBAYCAPITAL.COM
FRIENDLY REMINDER    N           SUSPEND ESTIMATE (TEMP)  N
62 PLUS PLAN         O           SUSPEND ESTIMATE (PERM)  N
WAIVE LATE PYMT CODE             PROMOTIONAL LIT CODE     O
REQUEST BY                           CONTACT PHONE
BILL ACCT PHONE 954 439-5244            OTHER PHONE 954 463-1278
ISSUE RMKS
            VOID PEND B/ACCT    DM IN ERROR N CM IN ERROR N CC Y (Y/N)
NEXT    TYPE A FIND                                          GWA
CURRENT SUSPEND LEVEL = 09           USE SUPER WINDOWS TO UPDT MAIL ADDR
20-ADDRESS INQ 22-PREM MAINT  23-CUST MAINT                  NEWS
                                                            FACT
```

Page: 1 Document Name: untitled

PYMT    PAYMENT/CREDIT MAINT
59874-87500-71-04 048 ELE ACT          02/21/03 1/044/  5C24757        03/21/06  11:19:11
DEAN SHEPTYCKI                          PH (954)439-5244   S
411 BONTONA AVE                         S/T# ███████
FORT LAUDERDALE    FL 33301 P

                                                                POL  CCIN

                                                        PAGE    1 OF  3

                            PMT
        PAYMENT/CREDIT    BATCH SEQ POST PMT    TDR EXCR EX CREDIT
SEL     DATE   SRCE LOC    AMOUNT    NO   NO  CODE TYPE   TYP TYPE AMOUNT
        03/16/06 PYMT 928    300.00              00  POL
        01/24/06 PYMT 928    299.93              00  POL
        12/09/05 PYMT 928  1,269.66              00  POL     PAY ON LINE
        09/30/05 PYMT 928    855.32              00  POL
        08/24/05 PYMT 928    500.88              00  POL
        07/07/05 PYMT 928    500.00              00  POL
        06/07/05 PYMT 710    298.11  2287        00  COLL  01
        06/06/05 EXCR         32.19              00
        06/03/05 DPIN         32.19              00              DPIN       32.19
        05/10/05 PYMT 710    505.77  2287        00  COLL  01
                    RQST BY
NEXT      TYPE A FIND                            CUSTOMER CONTACT N (Y/N)
TOP OF LIST                                                      GWA
08-PAGE DOWN   17-CR/PMT REAP 18-CR/PMT TRAN
                                                                NEWS
                                                                FACT

POLU          PAY ONLINE              PAY ONLINE          03/21/06   11:22:29
59874-87500 71 04 048 ELE ACT    02/21/03 1/044/  5C24757
DEAN SHEPTYCKI                      PH (954)439-5244   S
411 BONTONA AVE                     S/T# █████████                    POL  CCIN
FORT LAUDERDALE    FL 33301 P


ENROLLMENT DATE 06/02/03              POL PAYMENT ELIGIBLE Y

BANK ROUTE-TRANSIT NUMBER  ██████    BANK ACCOUNT NUMBER  ████████



REQUESTED BY                                  CUSTOMER CONTACT Y (Y/N)

NEXT      TYPE A FIND                                  GWA

                                                        NEVIS
                                                        FACT

Home | Access FedLine® | Sign Up For FedLine | Conta

# Federal Reserve Financial Ser

### Creating Nationwide Solutions for Your Payment Needs

**Products and Services**

**Fedwire® and FedACH** SM **Routing Numbers**

Reference Guides and Operating Circulars

Fee Schedules

Testing Opportunities

Fedwire Status

Holiday Schedules

Get Information By District

Events and Seminars

Subscribe to Email Notification

Search This Site `GO`

## Financial Services
# Federal Reserve E-Payments Routing Direct

- Search for Fedwire Participants
- Search for FedACH Participant
- Receiving Depository Financial Institutions (RDFIs)

- Download E-Payments Routing Directories
- Federal Reserve Routing Information

- Fedwire Tre sur Information
- Frequently Aske

Legal Notices,  Privacy Policy and Addi

**FedACH** SM **Participant RDFI Details**

#### Name, location, and routing information

| | |
|---|---|
| Bank Name | BANK OF AMERICA, N.A. |
| Location | RICHMOND, Virginia |
| Routing Number | ███████████ |
| Telephone Number | 800-446-0135 |
| Revised | August 2, 2005 |
| Office Code | O |
| Record Type Code | 1 |
| New Routing Number | Not Applicable |
| Institution Status Code | 1 |
| Servicing FRB Number | ██████████ |

New search  Revise search

## Technical Requirements

The effective date of this FedACH directory is March 21  20

· Top

This site is a product of the Federal Reserve Banks. Please see Legal Notices and F
Pages on this site marked (PDF) require the use of the Adobe® Acrobat® Reader
Adobe also provides a more accessible download page. Address comments and qu

B

**⊛ BELLSOUTH**

| Type | Number | Result |
|------|--------|--------|
| List Name | 9544631510 382 | (Non-Pub) Sheptycki, Dean |
| List Address | 9544631510 382 | 411 Bontona Av Ft L 33301 |
| Billing Name | 9544631510 382 | DEAN SHEPTYCKI |
| Billing Address | 9544631510 382 | 411 BONTONA AV FT L FL 33301 |
| Service Address | 9544631510 382 | 411 BONTONA AV FT L FL |
| Service Type | 9544631510 382 | RESIDENCE |
| List Name | 9544631510 382 | (Non-Pub) Sheptycki, Dean |
| List Address | 9544631510 382 | 411 Bontona Av Ft L 33301 |
| Billing Name | 9544631510 382 | DEAN SHEPTYCKI |
| Billing Address | 9544631510 382 | 411 BONTONA AV FT L FL 33301 |
| Service Address | 9544631510 382 | 411 BONTONA AV FT L FL |
| Service Type | 9544631510 382 | RESIDENCE |
| CREDIT | 9544631510 | SELF EMPL 949 500 8890 PR BROTHER CURT 403 243 5808 LL LEASE |
| CREDIT | 9544631510 | SELF EMPL 949 500 8890 PR BROTHER CURT 403 243 5808 LL LEASE |
| SSN | 9544631510 | ▮▮▮▮▮▮ |
| SSN | 9544631510 | ▮▮▮▮▮▮ |

C

** BellSouth ** (BST, A00100)

Page 1
DEAN SHEPTYCKI
954 463-1510 382

Monthly Statement
as of November 4, 2005

| Account Summary | Amount |
| --- | --- |
| Previous Balance | 69.53 |
| Past Due (Please pay now) | 69.53 |

BellSouth Companies
Current Charges Summary:

| | Amount |
| --- | --- |
| Local & Local Toll (Page 3) | 35.01 |
| Long Distance (Page 5) | 10.82 |
| Total, Current Charges (Due November 26) | 45.83 |
| Total, Amount Due (Past Due plus Current Charges) | 115.36 |
| New You can see Page 6 | |

BellSouth Questions?

| Customer Service: | 1 888 757-6500 |
| --- | --- |
| | PIN: 2412 |
| Outside Calling Area: | 1 800 753-0710 |
| Repair: | 611 |
| Online: | www.bellsouth.com |
| DIRECTV: | 1 800 DIRECTV (1 8 |
| Online: | www.bellsouth.com/ |

Convenient Payment Options:
Pay By Phone:
1 888.757-6500

Yes!  I am interested in BellSouth® FastAccess® DSL.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach & return payment slip with your check, payable to BellSouth in U.S. funds.
Current Charges Due By November 26: $45.83
Amount Due Now:  $69.53

P.O. Box 1262
Charlotte, NC
28201-1262

DEAN SHEPTYCKI
411 BONYONA AVE
FORT LAUDERDALE FL  33301-2419

** BellSouth ** (BST, A00100)

Page 2
DEAN SHEPTYCKI
954 463-1510 382

Your Current Charges total is $45.83

Regulated charges are the minimum you must pay in order to maintain your local telephone service.
If you do not pay this amount:
your local service may be disconnected, and
you may need to pay a charge or deposit to have your service reconnected.
The amount of Regulated Charges may be obtained by calling 1 888 757-6500.
If you do not pay the rest of your bill, which includes unregulated charges -- all of which are identified by ** on your
bill:
your local phone service will not be disconnected, and
you are still responsible for paying these charges.
Late Charge Reminder: A $2.25 Late Payment Charge may apply to an unpaid regulated balance and a 1.5% interest charge may apply to
an unpaid unregulated balance as of Dec 4.
Terminating Transactions
Recurring check
I hereby authorize BellSouth Telecommunications, Inc. (BellSouth) to automatically charge my checking account, at the

financial institution name on this application for payment of bills rendered to me by BellSouth. I further authorize the
financial banking institution to accept these charges to my checking account. If corrections in the account are necessary,
it may involve adjustments (credits or debits) to my BellSouth account. I understand that both the financial institution and
BellSouth reserve the right to terminate my participation in this payment plan. I also understand that I may discontinue
enrollment at any time with written notice to BellSouth or by calling after allowing the company and the financial
institution a reasonable time to act upon my notification.

e-Bill Enrollment

I agree to receive my BellSouth bill on this website and authorize BellSouth to stop sending me paper bills and notices. I
understand that I may receive one more paper bill depending upon my billing cycle. I agree to provide BellSouth with my e-
mail address for the receipt of e-Bill notices and to keep the e-mail address updated. I agree to pay my bill using one of
these approved methods (since sending paper checks without the remittance stub may delay payment posting): Automatic
Payments, MasterCard®/VISA, Online Payment from the BellSouth.com website, or Online Payment from my financial institution or
bill consolidator. I also understand that I may discontinue enrollment at any time. To de-enroll from BellSouth e-Bill
service, select "Billing Options" under the "My Account" tab on the BellSouth.com website.

--------------------------------------------------------------------------

Account Number:
954 463-1510 382 1808

Address Correction:
If your current billing address has changed, please clearly print your new address below:
*Please note that if you need to change the billing name on your account, you will need to contact customer service at one of
the numbers shown on page 1.

Check box for Recurring eCheck
Enroll me in BellSouth automatic recurring eCheck! By signing below, I authorize my bank to deduct the monthly amount due on
my BellSouth bill from the account shown on the enclosed check and to remit it to BellSouth. Allow 1 - 2 billing cycles for
recurring eCheck to begin.

Signature

Date

Check box for e-Bill Enrollment

Enjoy the convenience of receiving an e-mail instead of a paper statement each month. By providing your email address below, you are authorizing BellSouth to enroll your account in e-Bill. For more information about recurring eCheck and about e-Bill, visit www.bellsouth.com/pay

Page 3
DEAN SHEPTYCKI
954 463-1510 382

** BellSouth ** (BST, A00100)

BellSouth Answers!

BellSouth Answers! packages give you the flexibility to customize your services to fit your needs, great savings, and award winning customer service.

Services included in your BellSouth Answers! package for 954 463-1510 are as follows:

- BellSouth Long Distance Service
- DIRECTV - BellSouth Answers! Savings see your DIRECTV bill

For details about services included in your BellSouth Answers! package(s), see the following pages except for DIRECTV! which can be found on your DIRECTV monthly statement.

Service Provider Summary
Listed below are Local Toll and Long Distance Providers for your line(s).
Line Number                  Local Toll Company          Long Distance Company
954 463-1510                 BELLSOUTH LONG DISTANCE     BELLSOUTH LONG DISTANCE
Service Provider Contact Number
           BELLSOUTH LONG DISTANCE    BELLSOUTH LONG DISTANCE

BellSouth Local and Local Toll Charges
Local Monthly Service                                                    Amount
   From November 4 through December 3
1. Residential Line                                                       11.32
2. BellSouth Voice Mail Residential Premium Mailbox          **
3. Call Forwarding Busy Line                                               3.95
4. Call Forwarding Don't Answer Ring Control                               1.50
5. Message Waiting Indication, Audio/Visual                                1.50
6. Listing-Not in Directory or Directory Assistance                        .50
7. Star 98 Access to BellSouth Voice Mail                                  1.08
Total Local Monthly Service                                               21.85
Other Charges and Credits                                                Amount
8. Late Payment Charge on Regulated Balance                  **           2.25
9. Interest Charge on Unregulated Balance                                  .07

The above charges/credits are one-time charges/credits associated with
your account or with changes made to your account during this billing cycle.

| | Amount |
|---|---|
| Total Other Charges and Credits | 2.32 |
| Government Mandated and Authorized Charges | |
| 10. Federal Excise Tax | .83 |
| 11. FL - State Communications Tax | .59 |
| 12. FL - State Communications Tax | .09 |
| 13. FL - Local Communications Tax | 1.31 |
| 14. FL - Local Communications Tax | .21 |
| 15. Telecommunications Access System Act Surcharge ** | .15 |
| 16. Emergency 911 Charge ** | .15 |
| Broward County Charge. This charge is billed on behalf of | .50 |
| Total Government Mandated and Authorized Charges | 3.68 |

** Unregulated Charge.

** BellSouth ** (BST, A00100)

Page 4
DEAN SHEPTYCKI
954 463-1510 382

BellSouth Local and Local Toll Charges (continued)
Surcharges and Other Fees

|  | Amount |
|---|---|
| (For Additional Information See Definitions - Page 7) | |
| 17.  FCC Authorized Charge for Network Access | 6.50 |
| 18.  Federal Universal Service Charge | .66 |
| Total Surcharges and Other Fees | 7.16 |
| Total Local and Local Toll Charges | 35.01 |

** BellSouth Long Distance, Inc. ** (BSL, CJ03377)

Page 5
DEAN SHEPTYCKI
954 463-1510 382

Detailed Statement of Charges
Other Charges and Credits
954 463-1510

| | Date | Description | Amount |
|---|---|---|---|
| 1. | 10/26 | International Select Value Plan Monthly Fee | 5.95 |
| 2. | 10/26 | Carrier Cost Recovery Fee | .99 |
| 3. | 10/26 | Federal Universal Service Fund Fee | .87 |
| | | Total Other Charges and Credits | 7.81 |

BellSouth Long Distance and Credits
BellSouth Long Distance Itemized Service
BellSouth Long Distance Itemized Calls
Direct Dialed Calls

| | Date | Place Called | Number Called | Rate Time | Min | IMSBLC | X | TICKET ID | GEO CODE |
|---|---|---|---|---|---|---|---|---|---|
| 4. | 09/27 | LEWISVILLE TX | 972 745-8880 | 11:13AM 1 | .05 | & | JL2D | 0 | J2 5 |
| 5. | 09/27 | DALLAS TX | 214 520-6534 | 11:12AM 1 | .05 | & | JL2D | 0 | J2 5 |
| 6. | 09/28 | IRVINE CA | 949 752-7449 | 11:58AM 1 | .05 | & | JL2D | 0 | J2 5 |
| 7. | 09/30 | NASSAU BA | 242 394-1189 | 9:43AM 3 | .66 | & | NL90 | 0 | J2 0 |
| 8. | 10/11 | INVERNESS FL | 352 726-2780 | 8:05AM 3 | .05 | & | JL2D | 0 | J2 5 |
| 9. | 10/12 | BROKENARRW OK | 918 254-2988 | 11:38AM 4 | .20 | & | JL2D | 0 | J2 8 |
| 10. | 10/12 | ADDISON TX | 972 726-9203 | 1:06PM 1 | .05 | & | JL2D | 0 | J2 8 |
| 11. | 10/12 | ADDISON TX | 972 726-7749 | 1:29PM 2 | .15 | & | JL2D | 0 | J2 7 |
| 12. | 10/12 | HENDERSON TN | 731 983-0784 | 1:35PM 2 | .10 | & | JL2D | 0 | J2 7 |
| 13. | 10/12 | INVERNESS FL | 352 726-2780 | 3:03PM 1 | .05 | & | JL2D | 0 | J2 9 |
| 14. | 10/12 | SPRING TX | 281 296-1668 | 4:25PM 3 | .15 | & | JL2D | 0 | J2 7 |
| 15. | 10/13 | INVERNESS FL | 352 726-2780 | 3:27PM 2 | .10 | & | JL2D | 0 | J2 3 |
| 16. | 10/13 | INVERNESS FL | 352 726-2780 | 4:42PM 2 | .10 | & | JL2D | 0 | J2 |
| 17. | 10/14 | BONITA SPG FL | 239 498-8904 | 4:05PM 1 | .05 | & | JL2D | 0 | J2 1 |
| 18. | 10/20 | DALLAS TX | 214 520-6534 | 11:51AM 1 | .05 | & | JL2D | 0 | J2 0 |
| 19. | 10/20 | BOCA RATON FL | 561 391-7776 | 1:05PM 3 | .15 | & | JL5D | 0 | J2 |

Total Direct Dialed Calls ... 2.01

Summary of Direct Dialed Calls
954 463-1510

| | Minutes | Charges | Amount |
|---|---|---|---|
| Total Domestic | 27.0 | 1.35 | |
| Total International | 3.0 | .66 | |
| Total BellSouth Long Distance Itemized Calls | 30.0 | 2.01 | 2.01 |

Summary of Charges
954 463-1510

| | Minutes | Charges |
|---|---|---|
| Total Domestic Calls for: 954 463-1510 | 27.0 | 1.35 |
| Total International Calls for: 954 463-1510 | 3.0 | .66 |
| Total Charges | 30.0 | 2.01 |

Taxes

| | | Amount |
|---|---|---|
| | Taxes on Regulated Services | |
| 20. | Federal Excise Tax | .29 |
| 21. | FL - State Communications Tax | .20 |
| 22. | FL - Local Communications Tax | .51 |

Total Taxes on Regulated Services                                    1.00
Total Taxes                                                          1.00
Total BellSouth Long Distance, Inc. Current Charges                 10.82
Total BellSouth Long Distance, Inc. Billing Questions, Call 1 888 757-6500 or 1 800 753-0710
* Federal Tax (FET Fees) Page 8
* Rate Tax Codes Page 8
This portion of your bill is provided as a service to BellSouth Long Distance, Inc.

Page 6
DEAN SHEPTYCKI
954 463-1510 382

** BellSouth ** (BST, A00100)

News You Can Use From BellSouth
Disclosures

**IMPORTANT NOTICE FOR BELLSOUTH RESIDENCE CUSTOMERS**
Thank you for choosing BellSouth as your communications
provider. We value your business and want to keep you
informed of changes that affect your service or billing.
On July 7, 2005, the Florida Supreme Court upheld
BellSouth's proposal to implement the rebalancing of
BellSouth local rates. BellSouth will implement modest
rate increases, reduced subsidies to local competitors and
provided long distance companies access to local rates
savings. By long distance companies required to pass the
savings received from the reduced access charges to their
customers. For information on how your long distance
charges will be affected, please contact your long
distance company.
In conjunction with this ruling, service charges (one-time
charges for connecting or changing your service) will
increase as shown below, beginning with bills dated on or
after November 5, 2005:
Line Connection Charge, first line, old charge $40.88, new
charge $45.00
Line Connection Charge, additional line, old charge
$12.05, new charge $14.50
Line Change Charge, first line, old charge $25.50, new
charge $29.30
Line Change Charge, additional line, old charge $11.00,
new charge $14.00

If you have any questions about these rate changes, please
call your BellSouth Sales Associate at 1 888 757-6500.
Thank you for being a BellSouth customer.
===================================================

General Interest
===================================================
MAKE YOUR HOLIDAYS SAFER WITH AN ADVANCED SECURITY SYSTEM
FROM BELLSOUTH SECURITY SYSTEMS FROM PROTECTION ONE.
It's the gift for your home that truly keeps on giving-
protecting against the threats of burglary and fire, 24
hours a day, 7 days a week.  And it's all backed by
quality, dependability and value your whole family can

count on year in, year out.    CALL 1 866 585-0561 for a
free consultation and ask about our SPECIAL BUNDLED OFFER,
or visit bellsouth.com/safety for more information.
Already have a security system? We can easily activate
the existing security system in your home.    Call for
details.

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

Did you know that you can restore your BellSouth vacation
service at www.bellsouth.com/vacation? If you've
temporarily suspended your BellSouth service while away
and you're now returning to the South for the winter, you
can restore your phone service online at
www.bellsouth.com/vacation. It's quick, easy, and
available 24 / 7.

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

Moving to a new home?  Take your BellSouth services with
you.  Move your local, long distance, Cingular® Wireless,
and Internet online at bellsouth.com/move.

Page 7
DEAN SHEPTYCKI 382
954 463-1510

** BellSouth ** (BST, A00100)

News You Can Use From BellSouth (continued)
Did you know that dialing 411 from your home or office phone can provide you more than just the telephone number you need? Many times you may need the address associated with a phone number or perhaps you have a phone number and need the name. BellSouth Nationwide Directory Assistance service can provide you with the name and address associated with a phone number you provide. Just dial 411 and press 3 from the menu. Our courteous operators are always ready to help if assistance is required. Charge per call applies.

NOTICE REGARDING BILL DISCREPANCY
BellSouth strives to provide our valued customers the best service possible. However, if you have a bill discrepancy, you should notify BellSouth within 60 days after the receipt of your BellSouth bill.

ANNOUNCING IMPROVEMENTS IN YOUR BELLSOUTH BILL!
We continue to listen to our customers and provide answers by improving our billing. This month you will see enhancements to the layout and content of your bill. Some sections have been reworded to make them easier to understand, while others have been grouped so you can find the information at-a-glance. We hope you will find your bill more straightforward and easier to read. Thank you for being a BellSouth customer. We appreciate doing business with you.

Definitions
For additional information, please visit our website www.bellsouth.com
Emergency 911 Service
A charge the government asked you to pay a small charge each month to help provide for emergency service in your community.
FCC Authorized Charge for Network Access
A charge to recover costs associated with connecting to a telecommunications service provider's interstate network.
Federal Universal Service Charge
This is a per line charge to recover the amount telecommunications providers must contribute to the Federal Universal Service Fund, which help keep local phone rates affordable for all Americans.
Telecommunications Relay Service
A surcharge to fund the relay center that provides hearing/speech impaired customers the ability to communicate with others.
To make a payment!

Pay online @www.bellsouth.com/pay OR write your account number on your check payable in U.S. funds to Bellsouth and mail it to:

BellSouth
P.O. Box 1262
Charlotte, NC 28201-1262

** BellSouth ** (BST, A00100)

TRC
A = Federal Tax Only
B = Federal and State Tax
C = Calling Card
D = Day
E = Evening
F = Call Forward
G = State Tax Only

H = Federal, State and Local
H = State and Local Tax
J = Local Only
K = Federal and Local Tax
M = Multiple Rate Periods
N = Night/Weekend

P = Person
R = Standard*
S = Station
T = Discount*
X = Conference
Y = Economy*

* International

Page 8
DEAN SHEPTYCKI
954 463-1510 382

D

**954-308-7556 (B)**
**954-252-4676 (F)**

 Coyote Investment Holdings Ltd.

# Fax



| To: | Michelle Christie | From: | Dean J. Sheptycki |
|---|---|---|---|
| Fax: | (214) 520-6534 | Pages: | 1 |
| Phone: | | Date: | 9/27/2005 |
| Re: | | CC: | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Hi Michelle,

For Coyote Investment Holdings Ltd (account # ▓▓▓▓▓▓▓) please wire out $16,500 as follows:

Citibank, F.S.B.
8750 Doral Blvd
Miami, FL 33178
Routing # ▓▓▓▓▓▓▓
800-374-9800

Coyote Investment Holdings Ltd.
Account # ▓▓▓▓▓▓

Regards,

Dean J. Sheptycki

9/27/05

BMI 007578

Oct 20 05 11:50a      Dean J. Sheptycki                           954-252-4676      p.1



**954-308-7556 (B)**
**954-252-4676 (F)**

**Coyote Investment Holdings Ltd.**



# Fax

| | | | |
|---|---|---|---|
| **To:** | Michelle Christie | **From:** | Dean J. Sheptycki |
| **Fax:** | (214) 520-6534 | **Pages:** | 1 |
| **Phone:** | | **Date:** | 10/20/2005 |
| **Re:** | | **CC:** | |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

Hi Michelle,

For Coyote Investment Holdings Ltd (account # ▬▬▬▬▬) please wire out $16,000 as follows:

Citibank, F.S.B.
8750 Doral Blvd
Miami, FL 33178
Routing # ▬▬▬▬▬
800-374-9800

Coyote Investment Holdings Ltd.
Account # ▬▬▬▬▬

Regards,

Dean J. Sheptycki

954-308-7556 (B)
954-252-4676 (F)



**Coyote Investment Holdings Ltd.**

# Fax

| To: | Noelle | | From: | Dean J. Sheptycki |
|-----|--------|---|-------|-------------------|
| Fax: | 214-520-6534 | | Pages: | 1 |
| Phone: | | | Date: | 12/19/2005 |
| Re: | Wire Request | | CC: | |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

Hi Noelle,

For Coyote Investment Holdings Ltd (account # ▮▮▮▮▮▮▮) please wire out $23,200 as follows:

Citibank, F.S.B.
8750 Doral Blvd
Miami, FL 33178
Routing # ▮▮▮▮▮▮▮
800-374-9800

Coyote Investment Holdings Ltd.
Account # ▮▮▮▮▮▮▮

Regards,



Dean J. Sheptycki

BMI 007676

E

** BellSouth ** (BST, A00100)

Page 1
DEAN SHEPTYCKI
954 463-1510 382

Monthly Statement
as of December 4, 2005
Account Summary                                                          Amount
Previous Balance                                                         115.36
Past Due (Please pay now)                                                115.36
Current Charges Summary:
  BellSouth Companies
  Local & Local Toll (Page 3)                                             36.34
  Long Distance (Page 5)                                                   8.99
  Total Current Charges (Due December 26)                                 45.33
  Total Amount Due (Past Due plus Current Charges)                       160.69
News You Can Use - Page 6
BellSouth Questions?
Customer Service:            1 888 757-6500

Outside Calling Area:        1 800 753-0710
Repair:                                PIN: 2413
                                       611
Online:                      www.bellsouth.com
DIRECTV:                     1 800 DIRECTV (1 8

Convenient Payment Options:
Online:            www.bellsouth.com/
Pay By Phone:      1 888 757-6500

--------------------------------------------------------------------------------
Detach & return payment slip with your check, payable to BellSouth in U.S. funds.
Current Charges Due By December 26:  $45.33
Amount Due Now: $115.36
Yes! I am interested in BellSouth® FastAccess® DSL.

P.O. Box 1262
Charlotte, NC
28201-1262

DEAN SHEPTYCKI
411 BONTONA AVE
FORT LAUDERDALE FL  33301-2419

** BellSouth ** (BST, A00100)

Page 2
DEAN SHEPTYCKI
954 463-1510 382

Your Current Charges total is $45.33
  Regulated charges are the minimum you must pay in order to maintain your local telephone service.
  If you do not pay this amount:
  your local service may be disconnected, and
  you may need to pay a charge or deposit to have your service reconnected.
  The amount of Regulated Charges may be obtained by calling 1 888 757-6500.
  If you do not pay the rest of your bill, which includes unregulated charges -- all of which are identified by ** on your
  bill:
  your local phone service will not be disconnected, and
  you are still responsible for paying these charges.
Late Charge Reminder: A $3.25 Late Payment Charge may apply to an unpaid regulated balance and a 1.5% interest charge may apply to
an unpaid unregulated balance as of Jan 4.
Terms and Conditions
Recurring eCheck
  I hereby authorize BellSouth Telecommunications, Inc. (BellSouth) to automatically charge my checking account, at the

financial institution name on this application for payment of bills rendered to me by BellSouth. I further authorize the financial banking institution to accept these charges to my checking account. If corrections in the account are necessary, it may involve adjustments (credits or debits) to my BellSouth account. I understand that both the financial institution and BellSouth reserve the right to terminate my participation in this payment plan. I also understand that I may discontinue enrollment at any time with written notice to BellSouth or by calling after allowing the company and the financial institution a reasonable time to act upon my notification.

e-Bill Enrollment

I agree to receive my BellSouth bill on this website and authorize BellSouth to stop sending me paper bills and notices. I understand that I may receive one more paper bill depending upon my billing cycle. I agree to provide BellSouth with my e-mail address for the receipt of e-Bill notices and to keep the e-mail address updated. I agree to pay my bill using one of these approved methods (since sending paper checks without the remittance stub may delay payment posting). Automatic Payments, MasterCard/VISA, Online Payment from the BellSouth.com website, or online payment from my financial institution or bill collection service. I understand that I may discontinue enrollment at any time. To de-enroll from BellSouth e-Bill service, select "Billing Options" under the "My Account" tab on the BellSouth.com website.

-------------------------------------------------------------------------------

Account Number:
954 463-1510 382 1808

Address Correction:
If your current billing address has changed, please clearly print your new address below:
*Please note that if you need to change the billing name on your account, you will need to contact customer service at one of the numbers shown on page 1.

Check box for Recurring eCheck
Enroll me in BellSouth automatic recurring eCheck! By signing below, I authorize my bank to deduct the monthly amount due on my BellSouth bill from the account shown on the enclosed check and to remit it to BellSouth. Allow 1 - 2 billing cycles for recurring eCheck to begin.

Signature
Date

Check box for e-Bill Enrollment

Enjoy the convenience of receiving an e-mail instead of a paper statement each month. By providing your email address below, you are authorizing BellSouth to enroll your account in e-Bill. For more information about recurring eCheck and about e-Bill, visit www.bellsouth.com/pay

**Page 3**
DEAN SHEPTYCKI
954 463-1510 382

\*\* BellSouth \*\* (BST, A00100)

**BellSouth Answers®**
BellSouth Answers® packages give you the flexibility to customize your services to fit your needs, great savings, and award winning customer service.
The services included in your BellSouth Answers® package for 954 463-1510 are as follows:
  - BellSouth® Long Distance Service
  - DIRECTV® - BellSouth Answers® savings see your DIRECTV bill
  - BellSouth Answers®
For details about services included in your BellSouth Answers® package(s), see the following pages except for DIRECTV® which can be found on your DIRECTV monthly statement.

**Service Provider Summary**
Listed below are Local Toll and Long Distance Providers for your line(s).
Line Number          Local Toll Company        Long Distance Company
954 463-1510      BELLSOUTH LONG DISTANCE    BELLSOUTH LONG DISTANCE
Service Provider Contact Number
    BELLSOUTH LONG DISTANCE

**BellSouth Local and Local Toll Charges**
Local Monthly Service                                             Amount
  From December 4 through January 3
  1. Residential Line                                              12.45
  2. BellSouth® Voice Mail Residential Premium Mailbox        \*\*   3.95
  3. Call Forwarding Busy Line                                     1.50
  4. Call Forwarding Don't Answer Ring Control                     1.50
  5. Message Waiting Indication, Audio/Visual                       .50
  6. Listing-Not in Directory or Directory Assistance             2.08
  7. Star 98 Access to BellSouth Voice Mail                       1.00
Total Local Monthly Service                                      22.98
Other Charges and Credits                                        Amount
  8. Late Payment Charge on Regulated Balance                     2.25
  9. Interest Charge on Unregulated Balance            \*\*          .15

The above charges/credits are one-time charges/credits associated with
your account or with changes made to your account during this billing cycle.
Total Other Charges and Credits                                                        2.40
Government Mandated and Authorized Charges                                           Amount
(For Additional Information See Definitions - Page 7)

10. Federal Excise Tax                                                                  .86
11. FL - State Communications Tax                                                       .62
12. FL - Local Communications Tax                                                      1.37
13. FL - State Communications Tax                                                       .09
14. FL - Local Communications Tax                                                       .21
15. Telecommunications Access System Act Surcharge          **                         .15
16. Emergency 911 Charge. This charge is billed on behalf of **                        .50
    Broward County.

Total Government Mandated and Authorized Charges                                       3.80
** Unregulated Charge.


** BellSouth ** (BST, A00100)                                             Page 4
                                                                    DEAN SHEPTYCKI
                                                                954 463-1510 382

BellSouth Local and Local Toll Charges (continued)
Surcharges and Other Fees                                                            Amount
(For Additional Information See Definitions - Page 7)
17. FCC Authorized Charge for Network Access                                           6.50
18. Federal Universal Service Charge                                                    .66
Total Surcharges and Other Fees                                                        7.16
Total Local and Local Toll Charges                                                    36.34

** BellSouth Long Distance, Inc. ** (BSL, CJO377)

Page 5
DEAN SHEPTYCKI
954 463-1510 382

Detailed Statement of Charges
Other Charges and Credits
954 463-1510

| Date | Description | Amount | IMSBLC | X | TICKET | ID | GEO CODE |
|---|---|---|---|---|---|---|---|
| 1. 11/26 | International Select Value Plan Monthly Fee | 5.95 | * NL90 | 0 | J2 | 0 | |
| 2. 11/26 | Carrier Cost Recovery Fee | .99 | * 8L90 | 0 | J2 | 0 | |
| 3. 11/26 | Federal Universal Service Fund Fee | .73 | * JL90 | 0 | J2 | 0 | |
| | Total Other Charges and Credits | 7.67 | | | | | |

BellSouth Long Distance Itemized Calls
Direct Dialed Calls

| Date | Place Called | Number Called | Rate | Time | Min | Amount | IMSBLC | X | TICKET | ID | GEO CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4. 11/23 | STUART FL | 772 220-6777 | BD | 9:06AM | 7 | .35 | & 8L2D | 0 | J2 | 9 | |
| 5. 11/23 | ENTWANDA CA | 909 899-6330 | BD | 10:00AM | 1 | .05 | & JL2D | 0 | J2 | 1 | |
| 6. 11/23 | UN KINGDOM | 442074375628 | BR | 10:01AM | 1 | .07 | & NL2D | 0 | J2 | 9 | |
| | Total Direct Dialed Calls | | | | | .47 | | | | | |

Summary of Direct Dialed Calls

| 954 463-1510 | Minutes | Charges |
|---|---|---|
| Total Domestic | 8.0 | .40 |
| Total International | 1.0 | .07 |
| Total BellSouth Long Distance Itemized Calls | | .47 |

Summary of Charges

Total Domestic Calls for:

| 954 463-1510 | Minutes | Charges |
|---|---|---|
| | 8.0 | .40 |

Total International Calls for:

| 954 463-1510 | | |
|---|---|---|
| | 1.0 | .07 |
| Total Charges | 9.0 | .47 |

Taxes on Regulated Services

| Taxes on Regulated Services | Amount |
|---|---|
| 7. Federal Excise Tax | .24 |
| 8. FL - State Communications Tax | .19 |
| 9. FL - Local Communications Tax | .42 |
| Total Taxes on Regulated Services | .85 |
| Total Taxes | .85 |

Total BellSouth Long Distance, Inc. Current Charges  8.99

For BellSouth Long Distance, Inc. Billing Questions, Call 1 888 757-6500 or 1 800 753-0710
* Rate and Tax Codes - Page 7
This portion of your bill is provided as a service to BellSouth Long Distance, Inc.

Page 6
DEAN SHEPTYCKI
954 463-1510 382

** BellSouth ** (BST, A00100)

News You Can Use From BellSouth
General Interest
Did you know that dialing 411 from your home or office phone can provide you more than just the telephone number you need? Many times you may need the address associated with the phone number or perhaps you have a phone number and need the name. BellSouth Nationwide Directory Assistance service can provide you with the name and address associated with a phone number you provide. Just dial 411 and press 3 from the menu. Our courteous operators are always ready to help if assistance is required. Charge per call applies.

Did you know that you can restore your BellSouth vacation service at www.bellsouth.com/vacation? If you've temporarily suspended your BellSouth service while away and you're now returning to the South for the winter, you can restore your phone service online at www.bellsouth.com/vacation. It's quick, easy, and available 24 / 7.

=================================================

SAFEGUARD YOUR HOME THIS HOLIDAY SEASON with a security system from BellSouth® Security Systems from Protection One. Have confidence knowing your family is safe from the threats of burglary and fire, 24 hours a day, 7 days a week. Our state-of-the-art equipment and professional installation is customized to your home's specific needs. And we back it all up with quality, dependability and value you can count on year after year out. CALL 1 866 585-0561 for a free consultation and ask about our SPECIAL BUNDLED OFFER, or visit bellsouth.com/safety for more information. Already have a security system? We can easily activate the existing security system in your home. Call for details. Security Systems, installation and monitoring provided by Protection One.

=================================================

Don't miss out! Now through December 31st, purchase select cordless phones online and you could get a $40 bill credit plus a six-payment option on your phone bill. Visit www.bellsouth.com/consumer/equipment for more

details.
=========================================================
Take control of your time.  Discover the new and improved
online services available at www.bellsouth.com/eservice.
=========================================================

NOTICE REGARDING BILL DISCREPANCY
BellSouth strives to provide our valued customers the best
service possible.  However, if you have a bill
discrepancy, you should notify BellSouth within 60 days
after the receipt of your BellSouth bill.
=========================================================

\*\* BellSouth \*\* (BST, A00100)

Page 7
DEAN SHEPTYCKI
954 463-1510 382

Definitions
For additional information, please visit our website www.bellsouth.com
Emergency 911 Service
    Your local government asked you to pay a small charge each month to help provide for emergency service in your community.
FCC Authorized Charge for Network Access
    A charge to recover costs associated with connecting to a telecommunications service provider's interstate network.
Federal Universal Service Charge
    This is a line charge to recover the amount telecommunications providers must contribute to the Federal Universal Service Fund, which helps keep local phone rates affordable for all Americans.
Telecommunications Relay Service
    A surcharge to fund the relay center that provides hearing/speech impaired customers the ability to communicate with others.
To make a payment:
    Pay online @www.bellsouth.com/pay OR write your account number on your check payable in U.S. funds to BellSouth and mail it to:

    BellSouth
    P.O. Box 1262
    Charlotte, NC 28201-1262

TRC
A = Federal Tax Only            H = Federal, State and Local    P = Person
B = Federal and State Tax       I = State and Local Tax         R = Standard*
C = Calling Card                J = Local Only                  S = Station
D = Day                         K = Federal and Local Tax       T = Discount*
E = Evening                     M = Multiple Rate Periods       X = Conference
F = Call Forward                N = Night/Weekend               Y = Economy**
G = State Tax Only

        * International

F

Aug 13 04 10:47a    lisa esposito                                                      P.1
AUG-12-2004 00:54   SOUTH BEACH CAPITAL, INC.   954-252-4676          P.2
Aug 06 04 12:12p    lisa esposito            212-404-1333              P.2

Case 1:00-mc-00574-ESH   Document 4-3   Filed 03/27/2006   Page 41 of 47

**PFS**

**Penson Financial Services**
**New Account Approval Form**

Account Number: ▮▮▮▮▮▮▮

Cash ✓  Mgn. ✓  Short ___  Opta. ___    Office Code: OTT  RR# OO    Acct. Open Date: 8/12/04

Is this account for a Foreign Bank? ☐ YES / ☒ NO. If yes, please list U.S. agent for service of process: ___

Name of Primary Account Holder or Title of Account:  Capote Investment Holdings
(Write name exactly as it appears on Social Security Card or Fed ID Registration)                                    LtO

Name of Secondary Acct. Holder:  Attn: Dean Sheptycki

**Primary Account Holder Information:**

| | | |
|---|---|---|
| SSN, Fed ID, Cedula, NITE: | ▮▮▮▮▮▮ | Home Telephone: 954-463-1978 |
| Residential Address (No PO Boxes): | 411 Fontana Cove | Fax 954-353-4676 |
| City, State, Zip: | Foot Lauderdale, FL 33301 | |
| Mailing Address (if different): | | |
| City, State, Zip: | | |
| Employers Name: | | Employer's Telephone: |
| Employers Address: | | |
| City, State, Zip: | | |
| Email Address (if Applicable): | | Date of Birth: 3/10/67 |
| Associated person of a Broker? | Yes ☐ / No ☒ (If Yes, please name): | |

**Secondary Account Holder Information (If Joint Acct.):** ☐ YES / ☐ NO – Is Secondary Account holder the Spouse of Primary Account Holder?

| | | |
|---|---|---|
| SSN, Fed ID, Cedula, NITE: | | Home Telephone: |
| Residential Address (No PO Boxes): | | |
| City, State, Zip: | | |
| Mailing Address (if different): | | |
| City, State, Zip: | | |
| Employers Name: | | Employer's Telephone: |
| Employers Address: | | |
| City, State, Zip: | | |
| Email Address (if Applicable): | | Date of Birth: |
| Associated person of a Broker? | Yes ☐ / No ☐ (If Yes, please name): | |

**Citizenship Information:**

Primary:

Are you a U.S. Citizen? Yes ☒ / No ☐

Resident Alien? Yes ☐ / No ☐  Country of Birth ___

Non-Resident Alien? Yes ☐ / No ☐  Country Residing In: ___

Secondary:

Are you a U.S. Citizen? Yes ☐ / No ☐

Resident Alien? Yes ☐ / No ☐  Country of Birth ___

Non-Resident Alien? Yes ☐ / No ☐  Country Residing In: ___

**Investment Objectives:** (* If more than one, please rank 1-6)

| | | | Tax Information: | |
|---|---|---|---|---|
| ☐ | Long term growth with safety (long term capital appreciation with relative safety of principal) | A | # Of Dependents: | 0 |
| ☐ | Short term growth with high risk (Appreciation with acceptance of high risk) | B | Tax Status: | % |
| ☒ | Speculative (want increase in value of investments – High Risk) | C | Liquid Net Worth: $ | |
| ☐ | Income (want to use proceeds of the acct. as a source of income) | H | Initial Deposit: $ | |
| ☐ | Growth or income (preserve capital as much as possible) | I | Initial Transaction: | |
| ☐ | Long term growth with greater risk – Aggressive Growth (trade volatile securities that have wide changes in price) | J | Marital Status: ☐ S / ☐ M / ☐ D / ☐ W | |

Penson New Account Approval Form Page 1 of 2                                                        5/03



RECEIVED
AUG 13 2004
By ___

Aug 13 04 10:48a    lisa esposito          212-404-1333          P.2
Aug 06 04 12:12p    lisa esposito          554-252-4676          P.3
Case 1:04-nc-90097-E-SHUTH Document 4-3    Filed 03/27/2006    Page 42 of 47
Aug 06 04 12:12p    lisa esposito          212-404-1333          p.3

**PFS**

**Penson Financial Services**
**New Account Approval Form**

Account Number: ☐☐☐☐

Cash ✓ Mgn. ✓ Short ___ Optn. ___    Office Code: ☐☐☐☐    Acct. Open Date: 8/12/04

**Client Information:**

| | |
|---|---|
| How long has account holder known the Broker? | |
| Who where you introduced by? | Referral |
| Is account holder a control person? (Officer, Director or 10% stock owner) | ☐ Yes / ☑ No |
| If Yes, Please list the company(s) controlled & position: | |
| | |
| | |
| Is client an employee of Insurance Co., Bank, Fund, Securities firm or Investment Advisor? ☐ Yes / ☑ No | |

**Income:**

| | | |
|---|---|---|
| ☐ | $0 - 25,000 | A |
| ☐ | $25,000 - 39,999 | B |
| ☐ | $40,000 - 64,999 | C |
| ☐ | $65,000 - 124,999 | D |
| ☐ | $125,000 - 249,999 | E |
| ☑ | $250,000 - $499,999 | F |
| ☐ | $500,000 - $1,000,000 | F |
| ☐ | $1,000,000 - Over | F |

**Net Worth:** (Including Primary Residence)

| | | |
|---|---|---|
| ☐ | $0 - 25,000 | A |
| ☐ | $25,000 - 39,999 | B |
| ☐ | $40,000 - 64,999 | C |
| ☐ | $65,000 - 124,999 | D |
| ☐ | $125,000 - 249,999 | E |
| ☐ | $250,000 - $499,999 | F |
| ☑ | $500,000 - $1,000,000 | F |
| ☐ | $1,000,000 - Over | F |

**Payment Instructions:**

Securities:
☐ Transfer & Ship (1)
☑ Hold St. Name (2)

Money:
☐ Pay (1)
☑ Hold (2)
☐ Difference (3)

Dividends:
☐ Pay (1)
☑ Hold (4)

Principal & Maturity: ☑ Credit to Account ☐ Pd. Weekly

Money Market Sweeps: ☐ Yes / ☑ No — If Yes, List Fund _____

**Investment Experience:**

| | Yrs. | Avg. Size | Avg. # P/Yr. |
|---|---|---|---|
| Options: | | | |
| Stocks: | | | |
| Bonds: | | | |
| Commodities: | | | |
| Other (specify): | | | |

**Type of Registration:**

☐ Individual / ☐ Joint Community Property

☐ Joint TEN / ☐ Joint with Right of Survivorship (except in LA)

☐ UGMA / ☐ UTMA (Must provide DOB & SSN for minor):
SSN_____ DOB_____

☐ Retirement Account —Type:_____

☐ Foreign Non-Resident Alien / ☐ Resident Alien

☑ Other (Circle): Corporate, LLC, Trust, Partnership, Estate, Non-Profit, Sole Proprietorship, Investment Club.

**Credit References:**

| | |
|---|---|
| Bank: | |
| Branch: | |
| Type of Acct.: | |
| Broker: | |
| Other Reference: | |

**Duplicate Confirmations:**
Please send Duplicate confirms to the following address:

**Authorized Person:**
If a person, other than the primary and/or secondary account holder will be operating this account, list Name, Address, ID# & Employer:

**Customer and Authorized Person Signature:**

Primary Account Holder: X _Dean Shepton_     Date: Aug 12/04

Secondary Account Holder: _____     Date: _____

Authorized Person (if Applicable): _____     Date: _____

**Broker Use Only:**

Registered Rep Signature: _____

Branch Manager Signature: _____

Designated Officer Signature: _____

**Daytrading:**

Approved for Day Trading Strategy? ☑ YES / ☐ NO

Was Daytrading Risk Disclosure Statement Delivered? ☑ YES / ☐ NO

Date Daytrading Disclosure was delivered: 8/5/04

Penson New Account Approval Form Page 2 of 2          5/03


RECEIVED
AUG 13 2004
By

Aug 13 04 10:49a    lisa esposito
Case 3:06-cv-00674-E SOUTH BAY CAPITAL, INC.    Filed 03/27/2006  954-252-4676    Page 43 of 47
Aug 06 04 12:12p    lisa esposito    212-404-1333    p.4

## PENSON FINANCIAL SERVICES, INC.
### AND/OR BROKER DEALERS
### FOR WHICH IT CLEARS

**CUSTOMER ACCOUNT, MARGIN AND SHORT ACCOUNT AGREEMENT**

| Account Number: | Full Name and Address on Account | Social Security Number/Tax I.D. |
|---|---|---|
| | Core Investment Trading 411 Fontana Avenue Fort Lauderdale, FL 33301 | |

**CERTIFICATION OF TAXPAYER ID NUMBER (SUBSTITUTE W-9)**

Check appropriate box:  ☐ Individual/Sole proprietor  ☒ Corporation  ☐ Partnership  ☐ Other _____

Under penalty of perjury I certify that:

(1) The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me) and

(2) I am not subject to backup withholding, because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an individual retirement account (IRA), and payments other than interest and dividends).

(3) I am a U.S. person (including a U.S. resident alien).

**Certification Instructions**—You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because of the under reporting of income.

**DISCLOSURE OF NAME/ADDRESS ON SECURITIES YOU OWN**

Under rule 14b-1(c) of the Securities Exchange Act, we are required to disclose to us hereof the name, address, and securities position of our customers who are beneficial owners of that issuer's securities unless the customer objects. Please check below if you do not want your ownership disclosed.

☐ I object to the disclosure of such information

**AUTHORIZATION TO EARN INTEREST ON FUNDS AWAITING INVESTMENT**

This is to confirm any instruction to reinvest such credit balances held by you in my name, and I further confirm that this cash credit balance is being maintained with you solely for the purpose of reinvestment. I understand that cash balances of up to $100,000 are protected by the Securities Investor Protection Corporation (SIPC), but that SIPC coverage is not available for funds maintained solely for the purpose of earning interest.

**BY SIGNING BELOW, THE UNDERSIGNED AGREES TO ALL TERMS OF THE CUSTOMER AGREEMENT PRINTED ON THIS SIDE AND THE REVERSE OF THIS DOCUMENT. THE UNDERSIGNED ACKNOWLEDGES RECEIPT OF A COPY OF THIS AGREEMENT, THE INFORMATION BROCHURE PREPARED BY PENSON FINANCIAL SERVICES, INC, AND PENSON'S PRIVACY POLICY. THE UNDERSIGNED CERTIFIES THAT THE UNDERSIGNED HAS READ AND UNDERSTANDS ALL PROVISIONS OF THIS AGREEMENT. THIS AGREEMENT BENEFITS PENSON FINANCIAL SERVICES, INC, INTRODUCING BROKERS FOR WHICH IT CLEARS AND PERSONS RELATED TO EACH OF THE FOREGOING. THE REVERSE SIDE OF THIS AGREEMENT, PARAGRAPH 8, CONTAINS A PRE-DISPUTE ARBITRATION CLAUSE.**

Important information about procedures for opening a new account: To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means to you: when you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

Date of Delivery of Privacy Policy ___8/5/04___

**BY SIGNING BELOW, THE UNDERSIGNED AGREES TO ALL TERMS OF THE MARGIN AND SHORT ACCOUNT AGREEMENT PRINTED ON THIS SIDE AND THE REVERSE SIDE OF THIS DOCUMENT. THE REVERSE SIDE OF THIS AGREEMENT CONTAINS A PRE-DISPUTE ARBITRATION CLAUSE IN PARAGRAPH 8. The undersigned acknowledges that the undersigned's margin account securities may be borrowed by you or loaned to others. The undersigned also acknowledges receipt of a copy of this Agreement and a copy of the Margin Risk Disclosure Statement.**

Date of Delivery of Margin Risk Disclosure Statement ___8/5/04___

For use by individuals, including joint accounts:

Signature: _____

Print Name: _____

Signature (Second Party, if Joint Account): _____

Print Name: _____

Date: _____

For use by entity accounts only (i.e., corporations, partnerships, trusts):

Is this account a foreign bank?  ☐ Yes  ☒ No—If Yes, please list Agent

for service of process: _____

Is this account for a foreign shell bank?  ☐ Yes  ☒ No.

Does this firm offer services to a foreign shell bank?  ☐ Yes  ☒ No.

If you answered yes to any of the above questions, Corporation will need to

complete Certification Regarding Correspondent Accounts

Signature: X Dean Skoptys

Print Name: Dean Skoptyk

Title: President    Date: 8/5/04

**Applicable Rules and Regulations.** All transactions shall be subject to the constitution, rules, regulations, customs and usages of the exchange or market and its clearing house, if any, upon which such transactions are executed, except as otherwise specifically provided in this Agreement.

Penson Combined CA/CM/Margin – 9-2003



RECEIVED
AUG 1 3 2004
By

Aug 13 04 10:49a    lisa esposito
AUG 12 2004 9:56AM    SOUTH BAY CAPITAL    212-404-1333    P.2
Case 1:06-mc-00074-ESH    Document 13L, Filed 03/26/2006    Page 44 of 47    P.5
Aug 06 04 12:13p    lisa esposito    212-404-1333    p.5

Account No. _____

## PENSON FINANCIAL SERVICES, INCORPORATED
### AND/OR BROKER DEALERS FOR WHICH IT CLEARS

## CORPORATE ACCOUNT
### (AUTHORIZING TRADING IN SECURITIES FUTURES AND COMMODITIES
### AND PERMITTING MARGIN TRANSACTIONS, OPTIONS AND SHORT SALES)

I, _Don Shotycki_, being the Secretary of _Cycle Invest Hlg Ltd_ hereby certify that the annexed resolutions were duly adopted at a meeting of the Board of said Corporation, duly held on the _5th_ day of _August_ at which a quorum of said Board of Directors was present and acting throughout, the following resolution, upon motions made, seconded and carried, was duly adopted and is now in full force and effect.

RESOLVED, That the President, Vice President, Treasurer, or _Secretary_, or any one of such officers, be and are each hereby fully authorized and empowered for an on behalf of this Corporation to establish one or more accounts which may be margin accounts in order to purchase, invest in, acquire, sell (including short sales), assign, transfer, or otherwise dispose of any and all types and kinds of securities including but not limited to stocks, bonds, debentures, notes, rights, options, warrants, certificates of every kind and nature whatsoever, securities futures and commodities (collectively, "securities") and to enter into agreements, contracts and arrangements with respect to such security transactions whether or with securities related individuals or agents; to execute, sign or endorse on behalf of and in the same agreements and to affix the corporate seal on same. Notwithstanding the foregoing, you are authorized in your discretion to require action by any combination of corporate officers with respect to any matter concerning the corporate account, including but not limited to the giving or cancellation of orders and the withdrawal of money, securities, futures or commodities.

I further certify that the authority thereby conferred is not inconsistent with the Charter or Bylaws of this Corporation, and the following is a true and correct list of officers of this corporation as of the present date:

| President: | Name: Don Shotycki | | Signature: X Don Shepty |
|---|---|---|---|
| | SSN, Fed ID, Cedula, NIT# X | | ID # |
| | ID Type: UL Florida | Expiration Date: 07/21/64 | Issued By: FL | Issue Date: 10/23/03 |

| Vice President: | Name: | | Signature: |
|---|---|---|---|
| | SSN, Fed ID, Cedula, NIT# | | ID # |
| | ID Type: | Expiration Date: | Issued By: | Issue Date: |

| Treasurer: | Name: | | Signature: |
|---|---|---|---|
| | SSN, Fed ID, Cedula, NIT# | | ID # |
| | ID Type: | Expiration Date: | Issued By: | Issue Date: |

| Secretary: | Name: | | Signature: |
|---|---|---|---|
| | SSN, Fed ID, Cedula, NIT# | | ID # |
| | ID Type: | Expiration Date: | Issued By: | Issue Date: |

Revised 10-03
Corporate Account Agreement

Page: 1 of 2



RECEIVED
AUG 13 2004
By

Aug 13 04 10:50a      lisa esposito                    212-404-1333    P.3
AUG 12 2004 9:55AM   SOUTH... ...A...L.   Filed 03/27/2006  212-252-4678  Page 45 of 47 P.6
Case 1:06-mc-00074-ESH   Document 4-8

Aug 06 04 12:13p      lisa esposito                    212-404-1333    p.6

You may rely upon any certification given in accordance with these resolutions, as continuing fully effective unless and until you receive due written notice of a change in or the rescission of the authority so evidenced herein. In the event of any change in the officer or powers of persons hereby empowered, the Secretary shall certify such changes to you in writing, which notification, when received, shall be adequate both to terminate the powers of the persons therefore authorized, and to empower the person thereby substituted.

The Corporation is formed to engage in the business of __Investing__ and represents that it is not a commodity pool operator. The Corporation is incorporated in __Florida__ and has its principal place of business in/ __Florida__ .
_Name of jurisdiction_                                          _Name of jurisdiction_

As defined in Section 5318(j) of Title 31 United States Code, the Corporation is a shell bank: YES____ NO__✓__; or a business offering services to a shell bank: YES____ NO__✓__; or a foreign bank: YES____ NO__✓__. If so please complete and return the Certification Regarding Correspondents Accounts.

IN WITNESS WHEREOF, I have hereunto affixed my hand this _____ day of _____, 20_____

SEAL

_signature_
(If no seal, certify that there is no seal)

NO SEAL,

_signature_
Secretary (or officer authorized to act)



RECEIVED
AUG 13 2004
By_____

AUG 12 2004 9:56AM    SOUTH BAY CAPITAL     212-404-1333    P.1
Case 1:06-mc-00074-ESH   Document 4-3   Filed 03/27/2006   Page 46 of 47
Aug 06 04 12:13p    lisa esposita          212-404-1333    p.5
lisa esposita                                              P.5
1122-0100

Account No. ▓▓▓▓▓▓▓▓▓▓

## PENSON FINANCIAL SERVICES, INCORPORATED
### AND/OR BROKER DEALERS FOR WHICH IT CLEARS

## CORPORATE ACCOUNT
### (AUTHORIZING TRADING IN SECURITIES FUTURES AND COMMODITIES
### AND PERMITTING MARGIN TRANSACTIONS, OPTIONS AND SHORT SALES)

I, *Dan Shotocki*, being the Secretary of *Cyto lambert Mfg Ltd* hereby certify that the annexed resolutions were duly adopted at a meeting of the Board of said Corporation, duly held on the _____ day of *Chiena* at which a quorum of said Board of Directors was present and acting throughout, the following resolution, upon motions made, seconded and carried, was duly adopted and is now in full force and effect.

**RESOLVED,** That the President, Vice President, Treasurer, or *Secretary* or any one of such officers, be and are each hereby fully authorized and empowered for an on behalf of this Corporation to establish, one or more accounts which may be margin accounts in order to purchase, invest in, acquire, sell (including short sales), assign, transfer, or otherwise dispose of any and all types and kinds of securities including but not limited to stocks, bonds, debentures, notes, rights, options, warrants, certificates of every kind and nature whatsoever, securities futures and commodities (collectively, "securities") and to enter into agreements, contracts and arrangements with respect to such security transactions whether or with securities related individuals or agents; to execute, sign or endorse on behalf of and in the same agreements and to affix the corporate seal on same. Notwithstanding the foregoing, you are authorized in your discretion to require action by any combination of corporate officers with respect to any matter concerning the corporate account, including but not limited to the giving or cancellation of orders and the withdrawal of money, securities, futures or commodities.

I further certify that the authority thereby conferred is not inconsistent with the Charter or Bylaws of this Corporation, and the following is a true and correct list of officers of this corporation as of the present date:

| President: | Name: DAN SHOTOCKI | | Signature: X *Dan Shotp* |
|---|---|---|---|
| 8/8/04 | SSN, Fed ID, Cedula, NIT# X ▓▓▓▓▓ | | ID # |
| | ID Type: On March | Expiration Date: 07/21/04 | Issued By: FL | Issue Date: 10/23/03 |

| Vice President: | Name: | | Signature: |
|---|---|---|---|
| | SSN, Fed ID, Cedula, NIT# | | ID # |
| | ID Type: | Expiration Date: | Issued By: | Issue Date: |

| Treasurer: | Name: | | Signature: |
|---|---|---|---|
| | SSN, Fed ID, Cedula, NIT# | | ID # |
| | ID Type: | Expiration Date: | Issued By: | Issue Date: |

| Secretary: | Name: | | Signature: |
|---|---|---|---|
| | SSN, Fed ID, Cedula, NIT# | | ID # |
| | ID Type: | Expiration Date: | Issued By: | Issue Date: |

Revised 10-03
Corporate Account Agreement

Page 1 of 2



RECEIVED
DEC 0 2 2004
By

AUG 12 2004 9:56AM          SOUTH BAY CAPITAL, INC          212-404-1333          P.2
Case 1:06-mc-00074-ESH    Document 4-5    Filed 03/07/2006   Page 47 of 47   P.6
Aug 06 04 12:13p      lisa esposito                    212-404-1333          p.6

You may rely upon any certification given in accordance with these resolutions, as continuing fully effective unless and until you receive due written notice of a change in or the rescission of the authority so evidenced herein. In the event of any change in the officer or powers of persons hereby empowered, the Secretary shall certify such changes to you in writing, which notification, when received, shall be adequate both to terminate the powers of the persons therefore authorized, and to empower the person thereby substituted.

The Corporation is formed to engage in the business of _Investing_ and represents that it is not a commodity pool operator. The Corporation is incorporated in _Nevada_ and has its principal place of business in _Florida_.
    Name of jurisdiction                     Name of jurisdiction

As defined in Section 5318(j) of Title 31 United States Code, the Corporation is a shell bank: YES____ NO __✓__; or a business offering services to a shell bank: YES_____ NO __✓__; or a foreign bank: YES____ NO __✓__. If so please complete and return the Certification Regarding Correspondents Accounts.

IN WITNESS WHEREOF, I have hereunto affixed my hand this __13th__ day of __Aug__, 20_04_

SEAL

_Dan Shapter_                                    X _Dan Shapter_
(If no seal, certify that there is no seal)          Secretary (or officer authorized to act)

NO SEAL

Sole Owner


RECEIVED
DEC 0 2 2004
By