FILED
APR 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Securities and Exchange Commission,     )
                                        )
            Applicant,                  )
                                        )
        -v.-                            )   Misc. No. 06-0074 (ESH)
                                        )
Dean J. Sheptycki,                      )
                                        )
            Respondent.                 )
_____)

## STIPULATED ORDER REQUIRING OBEDIENCE TO SUBPOENAS

WHEREAS, the Securities and Exchange Commission ("Commission") applied, pursuant to Section 22(b) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77v(b), and Section 21(c) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u(c), for an order requiring respondent Dean J. Sheptycki to obey the subpoena duly issued on November 15, 2005 (the "Subpoena") and served by the Commission on Respondent;

WHEREAS, Respondent has consented to the jurisdiction of this Court only for purposes of this subpoena enforcement action and agrees further that venue over this action is proper in this Court;

WHEREAS, Respondent has informed the Commission staff that he will invoke his Fifth Amendment privilege against self-incrimination in connection with the testimony and documents sought in the subpoena;

WHEREAS, Respondent agrees to waive service of process for any papers (including, but not limited to, a complaint or deposition notice) sent to him by the Commission staff in any proceeding brought by the Commission, except the parties agree that Respondent's agreement to waive service of process in no way limits or affects Respondent's right to contest personal

jurisdiction and subject matter jurisdiction (not based on service of process) in any proceeding;

WHEREAS, the parties have agreed that Respondent will telephone the Commission staff on April 11, 2006 at 10:00 a.m. and assert his Fifth Amendment privilege against self incrimination to the staff and a court reporter in telephonic testimony, including as to the document request contained in the subpoena, and will remain available until the staff concludes its questioning;

WHEREAS, Respondent has agreed to sign a declaration under penalty of perjury pursuant to 28 U.S.C. 1746 attesting to the authenticity of the testimony transcript and stating that he will not contest the admissibility of the transcript of his testimony on any basis in any administrative or civil court proceeding; and

WHEREAS, within ten (10) business days of the Commission staff sending a copy of the transcript via email or commercial courier to his counsel, Respondent agrees to appear at the U.S. Embassy or Consulate in Nassau, Bahamas and sign a true and correct copy of the transcript of his telephonic testimony and the declaration referenced above before a U.S. Notary Public or consular officer and provide the original, notarized transcript and declaration to the Commission staff by commercial courier within three (3) business days of appearing at the Embassy or Consulate:

NOW THEREFORE IT IS ORDERED

THAT Respondent shall provide signed and notarized telephonic testimony to the Commission staff as set forth above by telephoning the Commission staff at (202) 551-2242 on April 11, 2006, and remaining available to respond to the staff's questions until the staff has completed its questioning;

THAT Respondent agrees to waive service of process by the Commission staff in any

2

proceeding brought by the Commission and, notwithstanding his citizenship or residency, appoints the following as his agents to receive service for seven (7) years from the date of this Order regardless of whether these agents continue to be retained as his counsel. Service shall be effected by commercial courier or emailing process documents to either:

> Stephen W. Grafman (DC Bar No. 32912)
> sgrafman@sharp-assoc.com
> William F. Boyer (DC Bar No. 479421)
> wboyer@sharp-assoc.com
> SHARP & ASSOCIATES
> 1215 19th Street, N.W.
> Washington, D.C. 20036
> (T) 202-467-4114
> (F) 202-467-1625

> OR

> Jeffrey Tew, Esq. (Florida Bar No. 121291)
> jt@tewlaw.com
> TEW CARDENAS LLP
> Four Seasons Tower, 15th Floor
> 1441 Brickell Avenue
> Miami, FL  33131
> (T) (305) 536-1112
> (F) (305) 536-1116; and

THAT the Court retains jurisdiction over this matter to enforce all terms contained in this Consent Order.

_____
Honorable Ellen Segal Huvelle, USDJ

DATED: April 13, 2006
Washington, D.C.

3

We agree to the foregoing order:

_____
Stephen L. Cohen (DC Bar No. 478601)
Assistant Chief Litigation Counsel
Attorney for Applicant
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4631
202-551-4472 (phone)
202-772-9245 (fax)
cohens@sec.gov


_____
Dean J. Sheptycki


_____
Stephen W. Grafman (DC Bar No. 32912)
sgrafman@sharp-assoc.com
William F. Boyer (DC Bar No. 479421)
wboyer@sharp-assoc.com
SHARP & ASSOCIATES
1215 19th Street, N.W.
Washington, D.C. 20036
(T) 202-467-4114
(F) 202-467-1625